UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FT. WAYNE DIVISION

TRTS, LLC

    Vs.　　　　　　　　　　　　　Civil Action No: 1:12-cv-269-RC

TRANS INDUSTRIES OF INDIANA, INC.

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff by counsel, and Defendant by counsel, stipulate and agree to dismiss this matter without prejudice, each party to bear its own costs and attorneys' fees.

                Respectfully submitted,

Date:  February 1, 2013

                /s/ Kenneth B. Morgan
                Kenneth B. Morgan (P34492)
                CAMPBELL MORGAN, P.C.
                144 W. Maple
                Suite 100
                Birmingham, Michigan 48009
                Telephone (248) 594-6341
                Fax (248) 594-8766
                Email: kbmorgan@camorlaw.com
                Attorneys for Plaintiff

                /s/ Kyle C. Persinger
                Kyle C. Persinger (21779-27)
                SPITZER HERRIMAN STEPHENSON
                HOLDEREAD MUSSER & CONNER, LLP
                122 East Fourth Street
                P.O. Box 927
                Marion, Indiana 46952
                Telephone:  (765) 664-7307
                Facsimile:  (765) 662-0574
                Email:  kpersinger@shshlaw.com
                Attorneys for Defendant